In the Matter of the Judicial Settlement of the Intermediate Account of the Proceedings of ALEXANDER SCHNELLER and BETTY STENGER SCHNELLER, as Executors, etc., of BERNHARD SCHNELLER, Deceased.— Motion for leave to appeal

to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.